```
 1  WAN J. KIM
    Assistant Attorney General
 2  Civil Rights Division

 3  KAREN P. HEWITT
    United States Attorney
 4  TOM STAHL
    Assistant U.S. Attorney
 5  Chief, Civil Division
    California State Bar No. 078291
 6  Office of the U.S. Attorney
    880 Front Street, Room 6293
 7  San Diego, California 92101-8893
    Telephone: (619) 557-7140
 8  Thomas.Stahl@usdoj.gov

 9  JOHN TANNER, Chief
    SUSANA LORENZO-GIGUERE
10  Acting Deputy Chief
    Voting Section
11  Civil Rights Division
    United States Department of Justice
12  950 Pennsylvania Ave., N.W. - NWB-7125
    Washington, D.C. 20530
13  Telephone: (202) 514-9822
    Facsimile: (202) 307-3961
14  susana.lorenzo-giguere@usdoj.gov

15  Counsel for Plaintiff
    United States of America
16
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Civil No. 04cv1273-IEG(JMA) |
| Plaintiff, ) | |
| ) | JOINT MOTION FOR |
| v. ) | DISMISSAL OF COMPLAINT |
| ) | |
| SAN DIEGO COUNTY, CALIFORNIA, ) | THREE-JUDGE COURT |
| et al., ) | |
| ) | |
| Defendants. ) | |

COME NOW THE PARTIES, Plaintiff United States of America, by and through its counsel, Susana Lorenzo-Giguere, Acting Deputy Chief, and Defendant San Diego County, California, by and through its counsel, John J. Sansone, County Counsel, by Timothy M. Barry, Senior Deputy, and hereby

jointly move the Court to dismiss this action. The parties agree that San Diego County has fully complied with the terms of the Agreement lodged with this Court on June 23, 2005, and has addressed all issues alleged in the Complaint filed by the United States. Accordingly, the parties have agreed that the above-captioned case should be dismissed in its entirety, and have further agreed that each party will bear its own attorneys' fees and costs of suit.

DATED: May 8, 2007                       JOHN J. SANSONE, County Counsel

                                                   s/Timothy M. Barry
                                                  TIMOTHY M. BARRY, Attorney for Defendants
                                                  Email: timothy.barry@sdcounty.ca.gov

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiffs and that I have obtained authorization from Timothy M. Barry to affix his electronic signature to this document.

                                                  WAN J. KIM
                                                  Assistant Attorney General
                                                  Civil Rights Division

                                                  KAREN P. HEWITT
                                                  United States Attorney

DATED: May 8, 2007

                                                  s/Tom Stahl
                                                  TOM STAHL, Chief
                                                  Civil Division
                                                  Email: Thomas.Stahl@usdoj.gov

                                                  JOHN TANNER, Chief
                                                  SUSANA LORENZO-GIGUERE
                                                  Acting Deputy Chief
                                                  Voting Section
                                                  U.S. Department of Justice, Civil Rights Division